**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 36 WAL 2017
                              :
            Respondent         :
                              : Petition for Allowance of Appeal from
                              : the Order of the Superior Court
          v.                   :
                              :
                              :
GISELE PARIS,               :
                              :
            Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.